**No. 10-5374. Charles A. Severance, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 918, 131 S. Ct. 285, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6853.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5375. William W. Zuck, Petitioner v. Nebraska.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6862.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

**No. 10-5376. Gary West, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 7091.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 371 Fed. Appx. 625.

**No. 10-5377. Christopher Willard, Petitioner v. New York.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 7012,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5378. Margarito Chavez-Suarez, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 7040.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 597 F.3d 1137.

**No. 10-5379. Jose Luis Arevalo, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6865.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 957.

**No. 10-5380. George William Blood, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6902,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5381. Gerald Pittman, Petitioner v. Michigan.**

562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6883.

October 4, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Wayne County, Criminal Division, denied.